FILED
1/11/18 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  16-23542-TPA |
| | : | |
| Daniel R. Hojdila | : | Chapter:  13 |
| Marissa Hojdila | : | |
|  *Debtor(s).* | : | |
| | : | Date:  1/10/2018 |
| | : | Time:  11:00 |

## PROCEEDING MEMO

*MATTER:*    #35 Obj to the Notice of Post-Petition Fees, Expenses & Charges
    #38 Resp by Quicken Loans

*APPEARANCES:*

    Debtor:    Christopher M. Frye (no appearance)
    Trustee:    Ronda Winnecour
    Quicken Loans:    Matthew Pavlovich

*NOTES:*

Pavlovich:    Amended Response was filed last night, asked for more time to provide documents.

*OUTCOME:*    Continued to 1/30/18 at 10am in Ctrm C

ljm